## SALEM POLICE DEPARTMENT

95 Margin Street, Salem  MA 01970
(978) 744-1212

Page 1 of 5

### CASE/INCIDENT REPORT                                SUPPLEMENTARY ☐

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1900001676 | 5 | 01/17/2019 01/17/2019 | 20:05 | 01/17/2019 | 20:47 | ASSAULT IN THE PAST | ASSLTPT | Patrol Officer FRIAS, RYAN | 193 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| Patrol | 24 | | | | 193 | RFRIAS | 01/17/2019 | 20:47 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00014 | ABORN St  SALEM | | | Report | T258 |

| OFFENSE | LOCAL X-REF CODE | IBR CODE | ATT/COMP | OFFENSE DESCRIPTION |
|---|---|---|---|---|
| DISPUTE | 147 | INF | Completed | Other/unknown |
| HARASSMENT | 152 | INF | Completed | Other/unknown |
| DOMESTIC RELATED | 90L | INF | Completed | Other/unknown |
| ARREST - ADULT | 300 | INF | Completed | Other/unknown |
| JUVENILE INVOLVED | 590 | INF | Completed | Other/unknown |

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|---|
| H | GETCHELL, JAMES A | M | W | | Cel | (978) 399 - 9128 | 14 ABORN St SALEM Apt #: 2 MA | |
| H | COCO, AMANDA | F | W | | Cel | (978) 399 - 9128 | 14 ABORN St SALEM Apt #: 2 MA | MA |
| A O H | DRAGO, KARYN | F | W | | Cel | (978) 382 - 2580 | 35 PERLEY St METHUEN MA | MA |
| H | COCO, LILLY | F | W | | | | 35 PERLEY St METHUEN MA | MA |

| ARRESTEE NAME | CHARGES | | CNTS | COURT DATE | BOND |
|---|---|---|---|---|---|
| Drago, Karyn | 265/13A/A | ASSAULT c265 §13A(a) | 1 | | $ |
| | 265/43A/A | HARASSMENT, CRIMINAL c265 §43A(a) | 1 | | $ |
| | 275/2 | THREAT TO COMMIT CRIME c275 §2 | 1 | | $ |

ON 01/17/2019 AT APPROXIMATELY 20:05HRS, OFC FRIAS WHILE IN MARKED UNIT 24 RESPONDED TO THE LOBBY FOR A REPORT OF DOMESTIC THREATS.

---

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFC. RYAN FRIAS/ | 193 | 01/17/2019 | /LT. JOHN GAUDET/ | 107 |

1900001676 Cont.

## SALEM POLICE DEPARTMENT
95 Margin Street, Salem  MA 01970
(978) 744-1212

Page 2 of 5

### CASE/INCIDENT REPORT — SUPPLEMENTARY

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD ASSLTPT | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1900001676 | 5 | 01/17/2019 01/17/2019 | 20:05 | 01/17/2019 | 20:47 | ASSAULT IN THE PAST | | Patrol Officer FRIAS, RYAN | 193 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| Patrol | 24 | | | | 193 | RFRIAS | 01/17/2019 | 20:47 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00014 | ABORN St  SALEM | | | Report | T258 |

UPON ARRIVAL CONTACT WAS MADE WITH AMANDA COCO AND JAMES GETCHELL. AMANDA RELATED THAT ON THIS DAY SHE HAD A MEETING WITH HER COUNSELOR WHERE SHE VENTED TO HER ABOUT MANY THINGS. AMANDA RELATED THAT THE COUNSELOR BELIEVED THAT AMANDA'S BIOLOGICAL DAUGHTER LILLY COCO MAY BE IN DANGER. AMANDA AND HER COUNSELOR CONTACTED DCF TO FILE A REPORT, AND ALSO CONTACTED METHUEN PD TO DO A WELL BEING CHECK ON LILLY. AMANDA RELATED THAT HER MOTHER KARYN DRAGO HAS FULL CUSTODY OF LILY. AMANDA RELATED THAT HOURS LATER SHE RECEIVED A BLOCKED PHONE CALL FROM KARYN WHERE SHE BEGAN A VERBAL ATTACK ON HER. AMANDA STATED THAT OVER THE PHONE THEY BEGAN TO ARGUE AND KARYN STATED THAT SHE WAS GOING TO GO TO HER HOUSE AND SHOOT THE HOUSE AND KILL THEM (AMANDA AND JAMES). AMANDA STATED THAT SHE IS IN FEAR BECAUSE SHE BELIEVES THAT THERE MAY BE GUNS INSIDE THE RESIDENCE. AMANDA STATED THAT SHE IS IN FEAR OF WHAT HER MOTHER MAY BE CAPABLE OF DOING. AMANDA ALSO BELIEVED THAT KARYN HAVE THE ABILITY TO CARRY OUT THE THREAT. AMANDA STATED THAT KARYN ABUSES DRUGS AND ALCOHOL AND IS NEVER SOBER. AMANDA WAS ALSO ABLE TO PROVIDE E-MAILS WHERE KARYN IS CONTINUOUSLY HARASSING HER AND THREATENING TO HARM AMANDA.

ON 01/12/2019 KARYN E-MAILED AMANDA STATING "YOU SHOULD OF SAVED ME AND THE FAMILY TROUBLE AND JUST KICKED THE MILK CRATE FROM UNDERNEATH YOU". ON THIS SAME DAY KARYN STATED TO AMANDA VIA E-MAIL "MIKE (KARYN'S BOYFRIEND) AND I WILL LEAVE YOU GUYS ALONE WHEN WE HAVE YOU 6 FEET IN THE GROUND", IN THE SAME E-MAIL KARYN STATES "MIKE AND I WILL ABSOLUTELY MAKE SURE OF IT YOU GUYS WILL BE DEAD BEFORE YOU

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFC. RYAN FRIAS/ | 193 | 01/17/2019 | /LT. JOHN GAUDET/ | 107 |

1900001676 Cont.

**SALEM POLICE DEPARTMENT**

95 Margin Street, Salem  MA 01970
(978) 744-1212

Page 3 of 5

**CASE/INCIDENT REPORT**  SUPPLEMENTARY

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1900001676 | 5 | 01/17/2019 01/17/2019 | 20:05 | 01/17/2019 | 20:47 | ASSAULT IN THE PAST | ASSLTPT | Patrol Officer FRIAS, RYAN | 193 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| Patrol | 24 | | | | 193 | RFRIAS | 01/17/2019 | 20:47 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00014 | ABORN St  SALEM | | | Report | T258 |

GUYS TAKE LILLY OUT OF THIS HOUSE". ON 01/12/2019 KARYN ALSO STATES TO AMANDA VIA E-MAIL, "I WILL SHOW UP TO YOUR HOUSE I WILL MAKE YOUR LIFE HELL I WILL SEND PEOPLE AFTER THE 2 OF YOU". ON THIS SAME DATE, KARYN STATED TO AMANDA VIA E-MAIL, "ACTUALLY PLEASE DO GO TIE THAT ROPE UP AND PUT IT AROUND YOUR NECK AGAIN AND THIS TIME PLEASE DO KILL YOURSELF".

THIS OFC THEN ASKED AMANDA TO EXPLAIN HOW KARYN MAY HAVE ACCESS TO FIREARMS. AMANDA STATED THAT HER FATHER HAD RECENTLY PASSED AWAY AND THAT HE WAS A GUN OWNER. AMANDA STATED THAT SHE IS UNSURE AS TO WHAT HAPPENED TO THE FIREARMS, BUT BELIEVES THEY MAY STILL BE IN THE HOME.

AMANDA WAS ABLE TO PROVIDE CONTACT INFORMATION AND CURRENT ADDRESSES FOR KARYN. THIS OFC ATTEMPTED TO CONTACT KARYN IN REGARDS TO THIS INCIDENT TO A NO AVAIL.

METHUEN PD WAS ADVISED OF THIS INCIDENT, AND THEY WILL ATTEMPT TO MAKE CONTACT WITH KARYN.

AT APPRX. 9:40PM, KARYN WAS PLACED UNDER ARREST BY METHUEN PD. METHUEN PD WAS ABLE TO DO A COURTESY BOOKING, AND OFC GAUTHIER AND OFC CLAUDINO (UNIT 27) PICKED UP KARYN.

ACTING IN GOOD FAITH, AND BASED ON PROBABLE CAUSE, AND BASED ON THE FACT THAT KARYN DID ENGAGE IN

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFC. RYAN FRIAS/ | 193 | 01/17/2019 | /LT. JOHN GAUDET/ | 107 |

1900001676 Cont.

## SALEM POLICE DEPARTMENT
95 Margin Street, Salem MA 01970
(978) 744-1212

Page 4 of 5

### CASE/INCIDENT REPORT — SUPPLEMENTARY

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1900001676 | 5 | 01/17/2019 01/17/2019 | 20:05 | 01/17/2019 | 20:47 | ASSAULT IN THE PAST | ASSLTPT | Patrol Officer FRIAS, RYAN | 193 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| Patrol | 24 | | | | 193 | RFRIAS | 01/17/2019 | 20:47 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00014 | ABORN St  SALEM | | | Report | T258 |

A MENACING CONDUCT WHICH PLACED FEAR IN AMANDA, KARYN IS GOING TO BE CHARGED WITH:

   c. 265 s. 13A- ASSAULT DOMESTIC (KARYN DID STATED TO AMANDA THAT SHE WAS GOING TO SHOOT UP HER HOUSE, AND SHOOT AMANDA.

   c. 275 s. 2-4- THREATS TO COMMIT A CRIME, TO WIT: MURDER (KARYN DID THREATEN AMANDA VIA E-MAILS)

   c. 265 s. 43A- CRIMINAL HARASSMENT (KARYN DID HARASS AMANDA ON MORE THAN THREE SEPARATE OCCASSIONS VIA E-MAIL'S AND TELEPHONE CALLS)

ALL DOMESTIC FORMS WERE COMPLETED WITH AMANDA.

ALL INVOLVED PARTIES WERE ADVISED OF THEIR RIGHTS UNDER THE ABUSE PREVENTION LAWS.

COPY'S OF THE E-MAIL WILL BE PLACED INTO EVIDENCE AND WITH THE PACKET.

---

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFC. RYAN FRIAS/ | 193 | 01/17/2019 | /LT. JOHN GAUDET/ | 107 |

1900001676 Cont.

## SALEM POLICE DEPARTMENT

Page 5 of 5

95 Margin Street, Salem MA 01970
(978) 744-1212

### CASE/INCIDENT REPORT

**SUPPLEMENTARY**

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1900001676 | 5 | 01/17/2019 01/17/2019 | 20:05 | 01/17/2019 | 20:47 | ASSAULT IN THE PAST | ASSLTPT | Patrol Officer FRIAS, RYAN | 193 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| Patrol | 24 | | | | 193 | RFRIAS | 01/17/2019 | 20:47 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00014 | ABORN St SALEM | | | Report | T258 |

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFC. RYAN FRIAS/ | 193 | 01/17/2019 | /LT. JOHN GAUDET/ | 107 |