# SALEM POLICE DEPARTMENT

95 Margin Street, Salem MA 01970

(978) 744-1212

## CASE/INCIDENT REPORT

SUPPLEMENTARY

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1900003226 | 7 | 02/02/2019 02/02/2019 | 17:46 | 02/02/2019 | 19:12 | DOMESTIC - 209A VIOLATION | DOM209 | Patrol Officer JOHNSON, JAMES | 54 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 54 | JJOHNSON | 02/02/2019 | 19:12 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00014 | ABORN St SALEM | 2 |  | Report | T258 |

| OFFENSE | LOCAL X-REF CODE | IBR CODE | ATT/COMP | OFFENSE DESCRIPTION |
|---|---|---|---|---|
| Intimidation* | 13C | 13C | Completed | Other/unknown |
| DOMESTIC RELATED | 90L | INF | Completed | Other/unknown |
| 51A RPT FILED - DCF NOTIFIED | 90U | INF | Completed | Other/unknown |
| COURT ACTION | 915 | INF | Completed | Other/unknown |

STATUS CODE C=COMPLAINANT V=VICTIM A=ARRESTEE J=JUVENILE H=OTHER M=MISSING W=WITNESS O=OFFENDER D=DRIVER S=SUSPECT P=POLICE OFFICER T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|
| W | GETCHELL, JAMES A | M | W |  | Cel (978) 399 - 9128 | 14 ABORN St SALEM Apt #: 2 MA |  |
| V | COCO, AMANDA | F | W |  | Cel (978) 399 - 9128 | 319 N Main Street #b3 Middleton MA | MA |
| O | DRAGO, KARYN ANNE | F | W |  | Cel (978) 382 - 2580 | 35 Perley Street Methuen MA | MA |
| JH | COCO, LILLY | F | W |  |  | 35 PERLEY St METHUEN MA | MA |

ACTING IN GOOD FAITH AND BASED ON PROBABLE CAUSE A WARRANT WILL BE REQUESTED FOR THE DEFENDANT KARYN DRAGO. THE CHARGES WOULD BE FOR VIOLATION OF A 209A ORDER( TWO COUNTS) AND INTIMIDATION OF A WITNESS( TWO COUNTS). THIS IS BASED ON THE FOLLOWING INCIDENT;

ON 02/02/2019 AT ABOUT 17.46 HRS UNIT 26, JOHNSON RESPONDED TO THE SALEM POLICE STATION. THE CALL WAS TO TAKE A WALK IN REPORT OF A POSSIBLE 209A VIOLATION. I WAS ASSIGNED MARKED CRUISER PATROL.

THE TWO PARTIES FILING THE REPORT WERE IDENTIFIED AS THE VICTIM AMANDA COCO AND A WITNESS JAMES GETCHELL. VICTIM COCO WAS REPORTING THAT ON TODAYS DATE 02/02/2019 SHE RECEIVED TWO E MAILS SENT

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. ||||
|---|---|---|---|
| INVESTIGATOR SIGNATURE: /OFC. JAMES JOHNSON/ | INVESTIGATOR I.D.#: 54 | SIGNED DATE: 02/02/2019 | SUPERVISOR SIGNATURE /LT. DENNIS KING/ |
|  |  |  | SUPERVISOR I.D.#: 118 |

# SALEM POLICE DEPARTMENT

95 Margin Street, Salem MA 01970

(978) 744-1212

## CASE/INCIDENT REPORT — SUPPLEMENTARY

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1900003226 | 7 | 02/02/2019 02/02/2019 | 17:46 | 02/02/2019 | 19:12 | DOMESTIC - 209A VIOLATION | DOM209 | Patrol Officer JOHNSON, JAMES | 54 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 54 | JJOHNSON | 02/02/2019 | 19:12 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00014 | ABORN St SALEM | 2 |  | Report | T258 |

TO HER PHONE BY DEFENDANT DRAGO. THE TIMES WERE APPX. 1.47PM AND 5.08 PM.

COPIES OF THOSE E MAILS ARE INCLUDED WITH THE REPORT. THERE IS AN ACTIVE 209A ORDER DOCKET NUMBER 1936RO00039 ISSUED THROUGH SALEM DISTRICT COURT. THE ORDER LISTS KARYN DRGAO AS THE DEFENDANT AND AMANDA COCO AS THE PLAINTIFF. THE ORDER WAS ISSUED ON 01/18/2019 AND HAS AN EXPIRATION DATE OF 01/21/2020. THE TWO ARE INVOLVED IN A DOMESTIC RELATIONSHIP AS MOTHER/DAUGHTER.

AT THE TIME OF THE REPORT VICTIM COCOS CELL PHONE WAS DEAD. THE E MAILS WERE COPIED AND SENT TO WITNESS GETCHELLS CELL PHONE FOR POLICE VIEWING. THE EMAILS WERE THEN SENT TO SALEM PD COURT PROSECUTOR LT KING WHERE COPIES WERE THEN MADE FOR THE REPORT. THEY ARE INCLUDED WITH THE REPORT.

IN THE E MAILS THE CONDITIONS OF NO CONTACT WITH THE PLAINTIFF WERE VIOLATED. THOSE CONDITIONS WERE VIOLATED WHEN THE DEFENDANT SENT THE E MAILS TO THE PLAINTIFFS CELL PHONE. IN ADDITION THE E MAILS SHOW WITNESS INTIMIDATION. IN ONE OF THE E MAILS THE DEFENDANT SAYS LISTEN AMANDA DON'T BE A BITCH AND GO THE COPS LET ME SAY MY PEACE. " I WILL MAKE SURE THERE IS NOTHING YOU GUYS CAN DO TO GET LILLY BACKEVER YOU WILL NEVER SEE HER AGAIN .I'VE HAD HER FOR A COUPLE OF MONTHS AND I'LL HAVE HER FOR THE REST OF HER LIFE . IN ANOTHER E MAIL THE DEFENDANT SAYS AND IF YOU OR JIMMY THINK ABOUT GOING TO THE COPS I WILL CALL DCF AND TELL THEM I NO LONGER WANT TO CARE FOR LILLY AND THEY CAN COME TAKE HER AN YOU CAN FUCKING WAIT

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFC. JAMES JOHNSON/ | 54 | 02/02/2019 | /LT. DENNIS KING/ | 118 |

1900003226 Cont.

## SALEM POLICE DEPARTMENT
95 Margin Street, Salem MA 01970
(978) 744-1212

### CASE/INCIDENT REPORT — SUPPLEMENTARY

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1900003226 | 7 | 02/02/2019 02/02/2019 | 17:46 | 02/02/2019 | 19:12 | DOMESTIC - 209A VIOLATION | DOM209 | Patrol Officer JOHNSON, JAMES | 54 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 54 | JJOHNSON | 02/02/2019 | 19:12 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00014 | ABORN St  SALEM | 2 |  | Report | T258 |

EVEN LONGER AN HAVE TO FIGHT EVEN HARDER AN WITH JIMMY BACKGROUND YOU WON'T EVEN GET HER BACK UNLESS YOU LEAVE HIM SO MAYBE THAT'S WHAT I'LL DO LET THEM TAKE ANOB OF A CHILD AND THAT WAY YOU WILL HAVE TO LEAVE JIMMY.     THIS WOULD BE INTIMIDATION OF A WITNESS WITH REGARDS TO THE PLAINTIFF NOTIFYING THE POLICE OF THE NO CONTACT VIOLATION O N HER RESTRAINING ORDER.

IN THE OTHER E MAIL DEFENDANT DRAGO SAYS JIMMY IS RUINING YOUR LIFE AND HOLDING YOU HOSTAGE MY NAME WOULD Y BE DRAGGED THRU COURT IF IT WASN'T FOR HIM I TOLD YOU I WAS SORRY I TOLD YOU I WOULD PAY YOU BACK OVER TIME TO DROP THE CHARGES WE DON'T NEED TO GO TO COURT AND YOU DON'T NEED TO PRESS CHARGES AGAINST ME I SAID I WOULD PAY YOU BACK. THIS WOULD BE INTIMIDATION OF A WITNESS WITH REGARDS TO PENDING LARCENY CASE IN LAWRENCE DISTRICT COURT FILED BY THE VICTIM AGAINST THE DEFENDANT.

VICTIM COCO REPORTS THAT THE MANNER IN WHICH THE E MAILS WERE WRITTEN WITH REGARDS TO GRAMMAR AND SPELLING ETC SHOWS THAT THE DEFENDANT WAS INTOXICATED WHEN SHE WROTE THEM.

THE DOMESTIC VIOLENCE REPORT QUESTIONS WERE FILED. NOT A STRANGULATION INCIDENT AND NO BATTERIES WERE REPORTED IN THIS INCIDENT. COPIES OF THOSE FORMS, 209A ORDER AND E MAIL ARE INCLUDED WITH REPORT. ALSO INCLUDED WITH THE REPORT ARE COPIES OF THE TWO HEADERS SHOWING E MAILS SENT BY KARYN GUILLETTE WHICH IS THE DEFENDANTS MARRIED NAME.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFC. JAMES JOHNSON/ | 54 | 02/02/2019 | /LT. DENNIS KING/ | 118 |

## SALEM POLICE DEPARTMENT
95 Margin Street, Salem MA 01970
(978) 744-1212

### CASE/INCIDENT REPORT — SUPPLEMENTARY

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1900003226 | 7 | 02/02/2019 02/02/2019 | 17:46 | 02/02/2019 | 19:12 | DOMESTIC - 209A VIOLATION | DOM209 | Patrol Officer JOHNSON, JAMES | 54 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| | | | | | 54 | JJOHNSON | 02/02/2019 | 19:12 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00014 | ABORN St SALEM | 2 | | Report | T258 |

A 51 WAS FILED WITH DCF NOTIFIED.

DCF NOTIFIED AT APPX. 8.15 PM THIS DATE BY OFC JOHNSON.

---

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT; OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFC. JAMES JOHNSON/ | 54 | 02/02/2019 | /LT. DENNIS KING/ | 118 |